[No. 11383-3-III.   Division Three.   May 28, 1992.]

CHRISTOPHER HAUGE, *Appellant*, v. TOWN TOYOTA, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-2-00017-1, John E. Bridges, J., entered February 7, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 10812-1-III.   Division Three.   May 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JAY MAX KLUMP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00060-6, Michael E. Donohue, J., entered May 15, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11243-8-III.   Division Three.   May 28, 1992.]

FARMERS INSURANCE COMPANY, *Respondent*, v. SHELLEY MCDOUGALL, ET AL, *Defendants*, COREY STEVEN CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-2-00103-3, Donald W. Schacht, J., entered November 8, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.